No. 12–7586. MACKEY v. GRABER, WARDEN, *ante*, p. 1139; and

No. 12–7621. IN RE COCHRAN, *ante*, p. 1084. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.